IN THE COMMON PLEAS COURT OF WASHINGTON COUNTY, OHIO

FILED
CLERK OF COURTS
2021 DEC 23 AM 10: 37
WASHINGTON CO. OHIO

**BRIAN ARRINGTON**

       **Plaintiff,**

vs.

Case No. 21OT248

**TransUnion, LLC,**
**c/o The Prentice-Hall Corporation**
**50 West Broad St. Ste. 1330**
**Columbus, OH 43215**

Judge: **KERENYI**

and

**Experian Information Solutions, Inc.,**
**c/o CT Corporation System**
**4400 Easton Commons Way Ste. 125**
**Columbus, OH 43219**

       **Defendants.**

## COMPLAINT

COMES NOW the Plaintiff, Brian Arrington, (hereafter the "Plaintiff") by Counsel, and in complaint against the Defendants, alleges as follows:

## INTRODUCTION

### STATEMENT OF FACTS

1.     This is an action for actual, statutory and punitive damages, costs and attorney's fees brought pursuant to 15 U.S.C. § 1681 *et seq.* (Federal Fair Credit Reporting Act).

2.     The jurisdiction of this Court is conferred by 15 U.S.C. § 1681(p).

3.     The Plaintiff, Brian Arrington, is a resident of Ohio with an address of 505 Second Street, Rear, Marietta, Ohio 45750. He is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4.     Upon information and belief, the Defendant, TransUnion, LLC (herein "TransUnion"), is a corporation having its principal offices in a state other than Ohio, and which does business in Ohio.

1

5. Upon information and belief, TransUnion is a "consumer reporting agency," as defined in 15 U.S.C. § 1681(f). Upon information and belief, TransUnion is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d) to third parties.

6. Upon information and belief, TransUnion disburses such consumer reports to third parties under contract for monetary compensation.

7. Upon information and belief, the Defendant, Experian Information Solutions, Inc. (herein "Experian"), is a corporation having its principal offices in a state other than Ohio, and which does business in Ohio.

8. Upon information and belief, Experian is a "consumer reporting agency," as defined in 15 U.S.C. § 1681(f). Upon information and belief, Experian is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d) to third parties.

9. Upon information and belief, Experian disburses such consumer reports to third parties under contract for monetary compensation.

10. That on information and belief, the Plaintiff has for years been the victim of a mixed consumer report file by all the Defendants, with his credit file being mixed with unknown individual(s).

11. That notably, efforts by the Plaintiff to obtain his credit reports were met with claim by Defendants, TransUnion and Experian that they couldn't find his name.

12. The Plaintiff made repeated efforts on his own to correct any errors with his credit reports by contacting the Defendants and also by filing a claim with the Consumer Financial Protection Bureau.

2

13.     That by letter dated September 10, 2020, Defendant TransUnion notified the Plaintiff it could not find his name. A copy of this letter is attached as Exhibit "A."

14.     That by letter dated October 6, 2020, the Plaintiff wrote to the Defendant, TransUnion providing his identity information. A copy of this letter is attached as Exhibit "B."

15.     That by certified letter dated February 4, 2021, the Plaintiff wrote to the Defendant, TransUnion again disputing having an address of Bond Street in Baltimore, MD. A copy of this letter is attached hereto as Exhibit "C."

16.     That the Defendant, TransUnion reported back that it needed "Proof of Current Mailing Address" by letter dated February 15, 2021. A copy of this reply is attached hereto as Exhibit "D."

17.     That by certified letter dated June 22, 2021, the Plaintiff mailed Defendant TransUnion copies of driver's license and social security card and also noted an entry had appeared on his credit report for Pierpont Community Technical college which he also disputed. A copy of this letter is attached as Exhibit "E."

18.     That by post card dated July 9, 2021, the Defendant TransUnion unreasonably and improperly claimed the proofs of current mailing address were insufficient. A copy of this card is attached as Exhibit "F."

19.     That by letter dated February 3, 2021, the Plaintiff wrote to the Defendant Experian disputing being employed at Lee's Tavern in Baltimore, MD. A copy of this letter is attached as Exhibit "G."

20.     That hearing nothing from the Defendant, the Plaintiff wrote the Defendant Experian once again by letter dated June 22, 2021. A copy of this letter is attached as Exhibit "H."

21.     That Defendant Experian wrote to the Plaintiff claiming it was unable to locate credit information for the Plaintiff or that insufficient information was supplied to verify identity. A copy of this letter is attached as Exhibit "I."

22.     That while the Plaintiff couldn't get his credit report from Defendant Experian, other entities had no such issue – to wit: the Plaintiff received a text alert saying a one "FMS Financial Solutions" got a copy of his credit report on or about July 26, 2021. The Plaintiff never authorized such a report. A copy of the text is attached as Exhibit "J."

23.     That the Plaintiff had no problems correcting issues with his credit report with Equifax Credit Information Services, Inc., a major credit reporting agency to wit:

24.     That by certified letter dated February 3, 2021, the Plaintiff wrote to the Equifax disputing an address of 2693 Wilkens Ave., Baltimore Maryland. A copy of this letter is attached as Exhibit "K."

25.     That Equifax responded on February 11, 2021, stating it needed additional identifying information. A copy of this response is attached hereto as Exhibit "L."

26.     That Equifax by letter dated April 3, 2021, again stated it needed additional identifying information. A copy of this response is attached hereto as Exhibit "M."

27.     That by certified letter dated June 22, 2021, the Plaintiff mailed Defendant Equifax copies of driver's license and social security card. A copy of this letter is attached as Exhibit "N."

28.     That Equifax responded by letter dated July 4, 2021, removing the disputed address. A copy of this letter is attached as Exhibit O."

29.     That a result of the Defendant's actions/inactions, the Plaintiffs credit files still contain erroneous and/or incomplete information and/or unknown information.

4

30.     That as a result of the Defendants actions, the Plaintiff has been forced to hire legal counsel and further expand money in sending certified mail disputes to the credit reporting agencies.

31.     That as a further direct and proximate result of the Defendants actions the Plaintiff has suffered substantial nuisance aggravation and inconvenience.

### COUNT I

### *VIOLATIONS OF THE FEDERAL FAIR CREDIT REPORTING ACT*

32.     The Plaintiff incorporates the previous and following paragraphs as if fully set forth herein.

33.     That the Defendants have violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

34.     That a result of this conduct, action and inaction of the Defendants, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from a credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

35.     That the Defendants conduct, action and inaction was willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.  In the alternative, it was negligent, entitling the Plaintiff to recover under 15 U.S.C. 1681o.

36.     The Plaintiff is entitled to recover costs and attorney's fees from the Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

### DEMAND FOR RELIEF

Plaintiff demands from the Defendants:

5

a. Actual damages for the violations of the FCRA as authorized by 15 U.S.C. § 1681n and 15 U.S.C. § 1681o for all such violations that occurred up to the date and time of the filing of this complaint;

b. Statutory damages in the maximum amount authorized by 15 U.S.C. § 1681n and 15 U.S.C. § 1681o for all such violations that occurred up to the date and time of the filing of this complaint;

c. Plaintiff's cost of litigation, including attorney fees, court costs and fees, pursuant to 15 U.S.C. § 1681n and § 1681o;

d. The Plaintiff be awarded general and, where allowed, punitive damages for the Defendants' actions.

e. The Plaintiff be granted injunctive relief ordering the Defendants to correct the entries to his credit report to reflect accurate information;

f. Such other relief as the Court shall deem just and proper under the attendant circumstances.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

**BRIAN ARRINGTON**
By Counsel

John N. Ellem (WV Bar #6027)
(Ohio S. Ct. #62842)
**ELLEM LAW OFFICE, PLLC**
914 Market Street, Suite 207
P.O. Box 322
Parkersburg, WV 26102-0322
Telephone – (304) 424-5297
Telecopier – (304) 865-1585
john@ellemlawoffice.com
*Co-Counsel for Plaintiff*

6

Benjamin M. Sheridan (WV Bar #11296)
Klein and Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Phone: (304) 562-7111
Fax: (304) 562-7115
Email: bsheridan@kswvlaw.com
*To be admitted Pro Hac Vice*

***414746020-003***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| File Number: | 414746020 |
| Page: | 1 of 2 |
| Date Issued: | 9/10/2020 |



PCR3JM00204062-I008123-074215072

BRIAN ARRINGTON
1002 1/2 BROADWAY AVE
PARKERSBURG, WV 26101-6724

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Unable to Locate Credit Report

TransUnion maintains credit reports on individuals who have existing credit histories. Based on the information you provided, we are unable to locate a credit report for you. If you would like to send additional verified information, we will be happy to re-check our records. Acceptable forms of address verification include copies of two of the following documents that show your current address: driver's license, utility bill, bank or credit union statement, cancelled check, pay stub, signed homeless shelter letter, stamped post office box receipt, government issued ID, state ID card. Acceptable forms of Social Security verification include a copy of one of the following: Social Security card, letter from the Social Security Administration, military ID, Medicaid or Medicare card. When providing proof of your current mailing address, please ensure that bank statements, utility bills, cancelled checks and pay stubs are current and not older than 2 months. All state issued license and identification cards must be current and unexpired. PO Box receipts and signed letters from a homeless shelter should not exceed more than 1 year in age. Please note that electronic statements printed from a website can not be accepted for proof of address.

Want to Do More to Protect Your Info?
We take protecting your identity seriously and we want to offer you these helpful tips you can take going forward:
- Keep an eye on your credit. Look for signs of suspicious activity, like unfamiliar accounts or credit checks from companies you've never done business with.
- Be careful on the internet. Use secure passwords on your computer and web accounts. Make sure to change them often.
- Lock your credit report. With a service that offers credit lock, you can keep thieves out of your credit report in a matter of seconds.

You can do some of the above on your own, but you can do even more with TrueIdentity. TransUnion created this completely free identity protection service to help everyone with the above key steps. Sign up for TrueIdentity at trueidentity.com/free.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 1000
Chester, PA 19016-2000

Please have your file number ready 414746020.

EXHIBIT "A"

| File Number: | 414746020 |
| Page: | 2 of 2 |
| Date Issued: | 9/10/2020 |

**TransUnion.**

## Disclosure Request Form

To receive a copy of your credit report, please complete this form and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

| Name: | SSN: |
|---|---|
| Current Address: | Previous Address: |
| Other Name(s) Used: | Date of Birth : |

### Proof of Current Address

Acceptable forms of Current Address verification include copies of two of the following documents that show your Current Address:
a) Driver's license
b) Utility bill
c) Bank or credit union statement
d) Cancelled check
e) Signed homeless shelter letter
f) Stamped post office box receipt
g) Government issued ID
h) State ID card
i) Pay stub

### Proof of Social Security Number

Acceptable forms of Social Security verification include a copy of one of the following documents that shows your Social Security Number:
a) Social Security card
b) Letter from the Social Security Administration
c) Military ID
d) Medicaid or Medicare card

### Proof of Date of Birth

Acceptable forms of Date of Birth verification include a copy of one of the following documents that shows your Date of Birth:
a) Birth certificate
b) Driver's license
c) Government issued ID
d) Passport

**Important notes regarding acceptable forms of proof:**
- Utility Bills, Bank or Credit Union Statements, Cancelled Checks and Pay Stubs must not be older than 2 months.
- P.O. Box Receipts and Homeless Shelter Letters must not be older than 12 months.
- We are unable to accept documents that contain a past expiration date as proof.
- Electronic statements printed from a website cannot be accepted as proof.

### Include Payment (if necessary)

If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

**TransUnion Credit Score - $9.95**

Check here ☐ to include credit score with credit report.

Check credit card type: ☐  ☐  ☐ **VISA**  ☐

Card Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Expiration Month/Year: _____ / _____

You may also pay by sending a check or money order, for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Form-950 (Disclosure Request)

October 6, 2020

TransUnion LLC
PO Box 1000
Chester, PA 19016-2000

Re:    Brian Arrington
        File Number: 414746020
        Letter dated: 9/10/2020

Dear Gentleperson,

        Pursuant to your letter dated September 10, 2020, I am providing you with additional verification of my identity in order for you to recheck your records and provide me with a copy of my credit report which I had previously requested via mail. Therefore, enclosed you will find two pieces of identification including a bill from Mon Power and from the Parkersburg Utility Board. I have also enclosed a copy of my birth certificate and my social security card.

Very truly yours,

Brian Arrington
1002 Broadway Avenue ½
Parkersburg, WV 26101-6724

EXHIBIT "B"



**PARKERSBURG UTILITY BOARD**
PO BOX 1629
PARKERSBURG, WV 26102-1629
**TEMP-RETURN SERVICE REQUESTED**

Customer Service - 304-424-8550
www.pubwv.com



| ACCOUNT NUMBER | BILLING DATE |
|---|---|
| ▇▇▇ | 06/30/2020 |
| SERVICE ADDRESS | 1002 BROADWAY AVE 1/2 |
| TOTAL AMOUNT DUE | $165.58 |
| DUE DATE | 07/20/2020 |
| AFTER DUE DATE | $173.33 |



802  1 AV 0.389
BRIAN ARRINGTON  3 127
1002 BROADWAY AVE 1/2
PARKERSBURG WV 26101-6724



### Usage History



| Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2289 | 2139 | 2222 | 2050 | 1638 | 2513 | 2057 | 2424 | 3052 | 4084 | 4376 | 4937 | 4062 |

| METER NUMBER | READ DATE PREVIOUS | CURRENT | BILLING DAYS | METER READINGS PREVIOUS | CURRENT | CONS. | MULT. | USAGE | READING TYPE |
|---|---|---|---|---|---|---|---|---|---|
| 0012108031 | 05/06/2020 | 06/03/2020 | 28 | 110884 | 111427 | 543 | 7.4805 | 4062 | Actual |

| Customer Charges | |
|---|---|
| Water Charges | 10.50 |
| Sewer Charges | 17.44 |

| Consumption Charges | |
|---|---|
| Water Volume Charge | 22.10 |
| Sewer Volume Charge | 27.42 |

### MESSAGE CENTER

| | |
|---|---|
| PREVIOUS BALANCE | $169.41 |
| PAYMENTS POSTED AS OF 07/20/2020 | -$81.29 |
| ADJUSTMENTS/PENALTIES | $0.00 |
| **PAST DUE BALANCE** | **$88.12** |
| **CURRENT CHARGES** | **$77.46** |
| **TOTAL ACCOUNT BALANCE** | **$165.58** |
| DELINQUENT AFTER 07/20/2020 ADD 10% PENALTY | $173.33 |

**Please detach upper portion for your records and return bottom portion with payment**

| ACCOUNT NUMBER | ▇▇▇ |
|---|---|
| SERVICE ADDRESS | 1002 BROADWAY AVE 1/2 |
| NAME ON ACCOUNT | BRIAN ARRINGTON |
| TOTAL AMOUNT DUE | $165.58 |
| DUE DATE | 07/20/2020 |
| AMOUNT AFTER DUE DATE | $173.33 |
| AMOUNT PAID | |



### PLEASE PAY PAST DUE BALANCE IMMEDIATELY

☐ Please check box if customer contact revisions are indicated on reverse side.

☐ Please check box if you wish to authorize automatic payment deduction to begin on reverse side

Please make checks payable to:

**PARKERSBURG UTILITY BOARD**
**PO BOX 1629**
**PARKERSBURG WV 26102-1629**

818



**MonPower**
A FirstEnergy Company

Bill Based On: Actual Meter Reading, Average
Payment Plan

September 02, 2020     Page 1 of 2
                       N07

Account Number:

**Amount Due: $287.00**

Billing Period: Jul 31 to Aug 31, 2020 for 32 days
Bill For:    BRIAN K ARRINGTON
          1002 1/2 BROADWAY AVE STE U
          PARKERSBURG WV 26101

**Due Date: October 02, 2020**

To report an emergency or an outage, call 24 hours a day 1-888-544-4877. For Customer Service, call 1-800-686-0022. For Payment Options, call
1-800-736-3407. Pay your bill online at www.firstenergycorp.com
Bill Issued by: Mon Power, PO Box 3615, Akron OH 44309-3615

**Messages**

To avoid a 2.00% Late Payment Charge being added to your bill, please pay the Amount Due by the Due Date.

Your next meter reading is scheduled to occur on or about Oct 05, 2020.

We continue to find ways to assist customers during the coronavirus pandemic and its aftereffects. We will be restarting service terminations on September 15, 2020. If the termination date on your disconnection notice is on or after September 15, 2020, your service may be terminated for non-payment. These notices can be used as proof of situation by agencies who provide financial support to assist with bills. We will comply with any state orders to postpone these activities as long as necessary. Field personnel in the community performing collection activities will be following proper safety measures and take necessary precautions against the spread of COVID-19.

Customers who are having difficulty paying their bills should call us to arrange a payment plan and request information on potential assistance programs to avoid termination. Customers are urged to contact us while enhanced payment arrangements are still available. Arrangements made prior to September 15, 2020 will not interfere with any future payment options customers may choose. For information about assistance programs residential customers may be eligible for, please visit www.firstenergycorp.com/billassist.

When disconnection activities resume, all normal collections practices will also resume including payment plan options, requirements for reconnections, and late payment charges.

**Account Summary** | **Amount Due**
--- | ---
Previous Balance | 288.00
Payments/Adjustments | -149.00
Balance at Billing on Sep 02, 2020 | 139.00
Mon Power - Payment Plan Amount | 148.00
Amount Due by Oct 02, 2020 | $287.00

Your actual account balance is $638.28.

**Usage Information for Meter Number S78936092**
--- | ---
Aug 31, 2020 KWH Reading (Actual) | 33,307
Jul 31, 2020 KWH Reading (Actual) | 30,248
KWH used | 3,059

**Charges From Mon Power**
Customer Number:
Rate: Residential Service MP-RSAF

Base Charge |
Environmental Control Charge | 305.09
Current Consumption Bill Charges | 11.50
**Detail Payment and Adjustment Information** | 316.59

08/03/20   Payment | -149.00

**Average Payment Plan (APP) Summary**
--- | ---
Actual Charges Billed During 12 APP Months | 1,703.96
APP Amount During 12 APP Months | 1,705.00
Difference Between Actual Charges and APP Amount | -1.04

CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

# STATE OF MARYLAND
### Department of Health and Mental Hygiene
### Division of Vital Records

## CERTIFICATE OF LIVE BIRTH

File No. 1967-30-00776

| | | | |
|---|---|---|---|
| 1. CHILD'S NAME (First, Middle, Last, Suffix) BRIAN KENNETH ARRINGTON | | | |
| 2. TIME OF BIRTH (24 hrs) 07:36 P.M. | 3. SEX Male | | 4. BIRTH WEIGHT ▓▓▓▓ |
| 5. DATE OF BIRTH (Mo, Day, Yr) January 12, 1967 | | 6. COUNTY OF BIRTH Baltimore City | |
| 7a. MOTHER'S LEGAL NAME AT TIME OF CHILD'S BIRTH | | | |
| 7b. MOTHER'S NAME PRIOR TO FIRST MARRIAGE ▓▓▓▓▓▓ TURNER | | | |
| 8. MOTHER'S AGE 24 | | 9. BIRTHPLACE (State, Territory, or Foreign Country) Maryland | |
| 10a. FATHER'S CURRENT LEGAL NAME ▓▓▓▓▓ ARRINGTON | | | |
| 10b. FATHER'S AGE 40 | | 10c. BIRTHPLACE (State, Territory, or Foreign Country) North Carolina | |
| 11. DATE FILED BY REGISTRAR January 19, 1967 | | | |

This is to certify that this is a true and correct abstract of the official record on file in the Maryland Division of Vital Records.

170345 *Geneva G. Sparks*                    09/22/2011

Geneva G. Sparks
State Registrar

Date Issued

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



February 4, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

TransUnion LLC
PO Box 1000
Chester, PA 19016-2000

Re:    Brian K. Arrington
505 Second Street Rear
Marietta, OH 45750
SS Number: ▮▮▮▮▮▮
(previous address: 1002 Broadway Avenue ½,
Parkersburg, WV 26101-6724)

Dear Gentlepersons:

I am in receipt of my January 2021 credit report from TransUnion. I noticed an error on this report that I wish to have corrected as soon as possible. The error is as follows:

### I. TransUnion

With respect to my TransUnion Credit Report there is an entry under Address Variations that lists 402 S. Bond St. Baltimore, MD 21231 as a prior address for me. I have never lived at this address.

Please correct the entries and advise as to the results of your investigation as soon as possible.

Very truly yours,

Brian K. Arrington

EXHIBIT "C"

***334967396-073***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| File Number: | 334967396 |
| Page: | 1 of 3 |
| Date Issued: | 2/15/2021 |

**TransUnion**

PDM2WY00204711-I009559-077706835

BRIAN KENNETH ARRINGTON
505 2ND ST REAR
MARIETTA, OH 45750-2186

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Dispute Request - Proof of Current Mailing Address

Recently you contacted us to dispute information on your credit report, and we are in the process of investigating. Before we can mail anything to the address you requested, we need proof that the address is accurate so your personal information stays secure.

What to Do Next
You must submit copies of two (2) of the qualifying documents listed below to this address: P.O. Box 2000, Chester, PA 19016-2000. Electronic statements printed from a website cannot be accepted for proof of address.

- Driver's license or State ID card (current and unexpired)
- Pay stub
- Bank/credit union statement or canceled check
- College letters (campus housing)
- Government issued ID card
- Medicaid/Medicare cards (if address is present)
- Stamped post office box receipt
- Utility bill (water, gas, electric, or telephone)

Or one (1) of the following:
- Signed letter from homeless shelter
- Prison identification letter

Please Note
When providing proof of your current mailing address please ensure:
- Bank statements, utility bills, canceled checks and pay stubs are not older than 2 months.
- PO Box receipts and signed letters confirming residency are not older than 1 year.

Want to Do More to Protect Your Info?
We take protecting your identity seriously and we want to offer you these helpful tips you can take going forward:
- Keep an eye on your credit. Look for signs of suspicious activity, like unfamiliar accounts or credit checks from companies you've never done business with.
- Be careful on the internet. Use secure passwords on your computer and web accounts. Make sure to change them often.
- Lock your credit report. With a service that offers credit lock, you can keep thieves out of your credit report in a matter of seconds.

P DM2WY-002 04711-I009559 01/04

EXHIBIT "D"

TransUnion

File Number: [illegible]
Page: [illegible]
Date Issued: [illegible]

You can do some of the above on your own, but you can do even more with TransUnion. [illegible] free identity protection service to help everyone with the above key steps. [illegible]

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 1000

Chester, PA 19016-2000

Please have your file number ready: [illegible]

File Number: 334967396
Page: 3 of 3
Date Issued: 2/15/2021



## Disclosure Request Form

To receive a copy of your credit report, please complete this form and attach proof of the required information before returning it to TransUnion Consumer Relations. If you wish, you may also use this form to purchase a credit score and have it sent with your credit report.

| Name: | SSN: |
|---|---|
| Current Address: | Previous Address: |
| Other Name(s) Used: | Date of Birth : |

**Proof of Current Address**

Acceptable forms of Current Address verification include copies of two of the following documents that show your Current Address:
a) Driver's license
b) Utility bill
c) Bank or credit union statement
d) Cancelled check
e) Signed homeless shelter letter
f) Stamped post office box receipt
g) Government issued ID
h) State ID card
i) Pay stub

**Proof of Social Security Number**

Acceptable forms of Social Security verification include a copy of one of the following documents that shows your Social Security Number:
a) Social Security card
b) Letter from the Social Security Administration
c) Military ID
d) Medicaid or Medicare card

**Proof of Date of Birth**

Acceptable forms of Date of Birth verification include a copy of one of the following documents that shows your Date of Birth:
a) Birth certificate
b) Driver's license
c) Government issued ID
d) Passport

Important notes regarding acceptable forms of proof:
• Utility Bills, Bank or Credit Union Statements, Cancelled Checks and Pay Stubs must not be older than 2 months.
• P.O. Box Receipts and Homeless Shelter Letters must not be older than 12 months.
• We are unable to accept documents that contain a past expiration date as proof.
• Electronic statements printed from a website cannot be accepted as proof.

**Include Payment (if necessary)**

If you would like to receive your TransUnion Consumer Credit Score in addition to the credit report, please provide additional payment.

TransUnion Credit Score - $9.95

Check here ☐ to include credit score with credit report.

Check credit card type: ☐ [  ] ☐ [  ] ☐ [ VISA ] ☐ [  ]

Card Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Expiration Month/Year: _____ / _____

You may also pay by sending a check or money order, for the required amount, payable to TransUnion. Once payment is received, we will promptly send you a copy of your credit report (and score if applicable).

Form-950 (Disclosure Request)

P DM2WY-002 04711-I009691 03/04

June 22, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

TransUnion LLC
PO Box 1000
Chester, PA 19016-2000

    .Re: Brian K. Arrington
       505 Second Street Rear
       Marietta, OH 45750
       SS Number: ▮▮▮▮▮▮
       (Previous address: 1002 Broadway Avenue ½,
       Parkersburg, WV 26101-6724)

Dear Gentlepersons:

    I sent a dispute letter, dated February 4, 2021, regarding one of the addresses you have listed on my credit report, 402 S. Bond St. Baltimore, MD 21231. I received subsequent correspondence from you saying you needed proof of my identification and current address. Thank you for your ability to investigate this. In response to your request, I am enclosing a copy of my driver's license and social security card.

    Moreover, I just received notice that on June 15, 2021, an entry appeared on my report that I owe Pierpont Community Technical College $269.00. I have no such account and have not attended the school. This was apparently put on my report by Reliant Capital. Please delete both of these entries and advise me as to the results.

          Very truly yours,

          Brian K. Arrington

EXHIBIT "E"





TransUnion®
***334967396-077***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

Pre-Sorted
First Class
U.S. Postage
PAID
HOV
Services
AUTO

PEECMP00200810-1001619-GB1577819

BRIAN KENNETH ARRINGTON
1002 BROADWAY AVE APT 1

250 NFS 3260AZ010007/15/21
NOTIFY SENDER OF NEW ADDRESS
ARRINGTON BRIAN
505 2ND ST REAR 3
MARIETTA OH 45750-2105

EC: 45750215503        *4272-00426-15-91

---

Date Issued: 7/9/2021                                    PEECMP00200810

Re: Proof of Address Unacceptable - Reason # <3,4>

The documents you sent as proof of your current mailing address were unacceptable because:
Reason #1: One or more of the documents was too old. Please see the time frames listed below.
Reason #2: One or more of the documents was illegible.
Reason #3: One or more of the documents was not acceptable to be used as proof. See the list below.
Reason #4: Only one form of proof was provided. Two (2) acceptable documents are required. Please provide two (2) current documents from the list here: - Driver's License - State ID Card - Bank or Credit Union Statement - Cancelled Check - Government-Issued ID Card - Signed Letter from Homeless Shelter - Stamped P.O. Box Receipt - Utility Bill (Water, Gas, Electric, or Telephone) - Pay Stub. Be sure bank statements, utility bills, cancelled checks and pay stubs are not more than 2 months old. All state-issued license and ID cards must be current and unexpired. P.O. box receipts and signed letters from a homeless shelter must be less than 1 year old. Electronic statements printed from a website cannot be accepted as proof of address.

Please send copies of your two (2) documents, along with your file number and short summary of your request to:
P.O. Box 2000, Chester, PA 19016-2000
Instead of mailing the documents, you can call 1-800-916-8800 to go through a verbal verification process with a customer service representative.
If you have any other questions, please go to transunion.com/contactus
Please have your file number ready 334967396

EXHIBIT "F"

February 3, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

Experian
P.O. Box 9701
Allen, TX 75013-2104

     Re: Brian K. Arrington
        505 Second Street Rear
        Marietta, OH 45750
        SS Number: ▮▮▮▮▮▮
        (previous address: 1002 Broadway Avenue ½,
        Parkersburg, WV 26101-6724)

Dear Gentlepersons:

    I am in receipt of my January 2021 credit report from Experian. I noticed an error on this report that I wish to have corrected as soon as possible. The error is as follows:

**I.**  **Experian**

    With respect to my Experian Credit Report there is an entry under Employment Variations that lists that I held a job at Lee's Tavern in Baltimore, MD. I have never worked at that establishment.

    Please correct this entry and advise as to the results of your investigation as soon as possible.

          Very truly yours,

          *Brian Arrington*

          Brian K. Arrington

**EXHIBIT "G"**

June 22, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

Experian
P.O. Box 9701
Allen, TX 75013-2104

> Re: Brian K. Arrington
> 505 Second Street Rear
> Marietta, OH 45750
> SS Number: ████████
> (Previous address: 1002 Broadway Avenue ½,
> Parkersburg, WV 26101-6724)

Dear Gentlepersons:

      This letter will serve as a follow up to the letter I sent to you on February 3, 2021. I wrote to you disputing an entry under employment variations that lists that I worked for Lee's Tavern in Baltimore, MD. I have never worked at that establishment. To date I have not received a response to this dispute. Please delete this entry from my credit report. Please advise me in writing as to the results of your investigation as soon as possible. Enclosed is a copy of my previous letter.

Very truly yours,

*[signature]*

Brian K. Arrington

EXHIBIT "H"

February 3, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

Experian
P.O. Box 9701
Allen, TX 75013-2104

Re:    Brian K. Arrington
       505 Second Street Rear
       Marietta, OH 45750
       SS Number: ███████
       (previous address: 1002 Broadway Avenue ½,
       Parkersburg, WV 26101-6724)

Dear Gentlepersons:

I am in receipt of my January 2021 credit report from Experian. I noticed an error on this report that I wish to have corrected as soon as possible. The error is as follows:

I.    **Experian**

With respect to my Experian Credit Report there is an entry under Employment Variations that lists that I held a job at Lee's Tavern in Baltimore, MD. I have never worked at that establishment.

Please correct this entry and advise as to the results of your investigation as soon as possible.

Very truly yours,

*Brian Arrington*

Brian K. Arrington

PO Box 9701
Allen, TX 75013



0002575   01 MB 0.447   **AUTO   T9 0 7163 45750-218699   -C01-P02577-I
BRIAN K ARRINGTON
505 SECOND STREET REAR
MARIETTA OH  45750-2186



BRIAN K ARRINGTON
Important Information
Report # **1506-2032-54** for **07/08/21**

We are responding to your request. We were unable to locate credit information about you because either you did not provide sufficient identification information for us to verify your identity, or you have not established a credit history.

If you submitted a money order, we are returning your payment in a separate envelope. If you submitted a check, it was not cashed. Experian shreds checks that we are unable to accept to protect the security of your personal information. If you sent credit card information, we did not charge you. If you would like us to recheck our records, please send us all of the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

EXHIBIT "I"

THIS PAGE INTENTIONALLY LEFT BLANK

7/26/2021

image1.png

11:19

**Alert Details**

**EQ**

FMS FINANCIAL SOLUTIONS got a copy of your Experian Credit Report.

FMS FINANCIAL SOLUTIONS recently checked your Experian credit file for an installment loan or new bank account. When you apply for certain types of credit, a hard inquiry is placed on your credit file and stays on your report for about 2 years.

**Alert Details** ︿

| | |
|---|---|
| Source | Experian |
| Company | FMS FINANCIAL SOLUTIONS |
| Address | 9001 Edmonston Rd Ste 100, Greenbelt, MD 20770-4073 |
| Phone | (301) 220-1849 |

**What Now?**

If you are finished applying for new credit, we recommend locking your credit file to prevent unauthorized access. With Experian CreditLock, you can always unlock at the click of a button.

**EXHIBIT "J"**

February 3, 2021

**BY CERTIFIED MAIL with RETURN RECEIPT**

Equifax Credit Information Services, Inc.
P.O. Box 740241
Atlanta, GA 30374

> Re:     Brian K. Arrington
> 505 Second Street Rear
> Marietta, OH 45750
> SS Number:
> (previous address: 1002 Broadway Avenue ½,
> Parkersburg, WV 26101-6724)

Dear Gentlepersons:

   I am in receipt of my January 2021 credit report from Equifax. I noticed an error on this report that I wish to have corrected as soon as possible. The error is as follows:

### I. Equifax

   With respect to my Equifax Credit Report there is an entry under Address Variations that lists 2693 Wilkens Ave, Baltimore, MD 21223 as a prior address for me. I have never lived at this address.

   Please correct the entries and advise as to the results of your investigation as soon as possible.

        Very truly yours,

        Brian K. Arrington

EXHIBIT "K"

000004848-FLT
BRIANK K ARRINGTON
505 2ND ST REAR
Marietta, OH 45750-2186

February 11, 2021

Dear BRIANK K ARRINGTON:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below. One item will verify your identity and the other will verify your current address.**

**Category 1) IDENTIFICATION**
Please make a copy of **one** of the following items.
The item you choose MUST contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

Note: A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one** of the following items.
The item you choose MUST contain your current mailing address of  505 2ND ST REAR, Marietta,  OH 45750-2186.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible.  Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256

1042591433-J62-08b9010900000000bb6-02112021

EXHIBIT "L"

000003313-FLT
BRIANK K ARRINGTON
505 2ND ST
Marietta, OH 45750-2186

April 3, 2021

Dear BRIANK K ARRINGTON:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided, In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you please send us **a copy of two different items - one from each of the two categories listed below.** One item will verify your identity and the other will verify your current address.

Category 1) IDENTIFICATION
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note:** A 'Work Permit Only' card is not valid proof of a SSN.

Category 2) CURRENT ADDRESS
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of  505 2ND ST, Marietta,  OH  45750-2186.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request.
Please submit those items along with this letter to the following address:**

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible.  Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

1093568046-IX8-08ec0107000006a8-04032021

EXHIBIT "M"

June 22 , 2021

## BY CERTIFIED MAIL with RETURN RECEIPT

Equifax Credit Information Services, Inc.
P.O. Box 740241
Atlanta, GA 30374

Re:    Brian K. Arrington
505 Second Street Rear
Marietta, OH 45750
SS Number: ▮
(Previous address: 1002 Broadway Avenue ½,
Parkersburg, WV 26101-6724)

Dear Gentlepersons:

I sent a dispute letter, dated February 3, 2021, regarding one of the addresses you have listed on my credit report, 2693 Wilkens Ave. Baltimore, MD 21223. I received subsequent correspondence from you saying you needed proof of my identification and current address. Thank you for your ability to investigate this. In response to your request, enclosed you will find a copy of my driver's license and social security card. Please delete this entry and advise me as to the results.

Very truly yours,

Brian K. Arrington

EXHIBIT "N"





P.O. Box 105518
Atlanta, GA 30348

000000088 FECE0000070421017978 01 000000 002096 002

000009501- DISC
BRIANK K ARRINGTON
505 2ND ST REAR
MARIETTA, OH 45750-2186

# EQUIFAX

**CREDIT FILE : July 04, 2021**
**Confirmation # 1185530153**

Dear BRIANK K ARRINGTON:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

⚬   We request that the reporting company verify the accuracy of the information you disputed;

⚬   We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

⚬   We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

⚬   You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)                                                Page 1 of 4

1185530153-IS2-09490104000004c-07042021

EXHIBIT "O"

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)

Page 2 of 4

1185530153-IS2-0949010400000004c-07042021



0000009B 00117 0002-0002 DECE00000704210171562 00 L 00002096

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certified it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

**The Results Of Our Reinvestigation**

**>>> We have reviewed the former address. The results are:** THE DISPUTED ADDRESS HAS BEEN DELETED. *2693 WILKENS AVE BALTIMORE MD 21223 Residence Since: 08/2020MIXED*

(Continued On Next Page)          Page 3 of 4          1185530153-IS2-094901040000004c-07042021

0000086 00117 0002-0002 DECE000007042101798Z 001 L 00002096

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)                    Page 4 of 4                    1185530153-IS2-094901040000004c-07042021